EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 97-01199-03 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S REPLY TO |
| | ) | DEFENDANT CHAD |
| vs. | ) | TSUNEYOSHI'S MOTION FOR |
| | ) | EARLY TERMINATION OF |
| CHAD TSUNEYOSHI, (03) | ) | SUPERVISED RELEASE; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S REPLY TO DEFENDANT CHAD TSUNEYOSHI'S
MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

On November 9, 2007, Defendant CHAD TSUNEYOSHI ("Tsuneyoshi") filed a Motion for Early Termination of the five year supervised release term he is presently serving, pursuant to his drug trafficking conviction in the above-captioned case.

As to the merits of this request, the U.S. Attorney defers to the recommendation of the United States Probation Office as to whether or not the Court should grant early termination of Tsuneyoshi's supervised release.

DATED: November 15, 2007, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Louis A. Bracco
   LOUIS A. BRACCO
   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>

Reginald P. Minn    rpminn@gmail.com    November 15, 2007

    Attorney for Defendant CHAD TSUNEYOSHI (03)

<u>Served by Hand-Delivery:</u>

Lisa K.T. Jicha                          November 15, 2007
U. S. PROBATION OFFICE
U.S. Courthouse, Room C-110
300 Ala Moana Boulevard
Honolulu, HI  96850

      DATED: November 15, 2007, at Honolulu, Hawaii.

                                                 /s/ Shelli Ann H. Mizukami