# MINUTES

CASE NUMBER: CR NO. 97-01199DAE

CASE NAME: U.S.A. Vs. Richard Taumoepeau, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE: David Alan Ezra                REPORTER:

DATE: 05/12/2010                       TIME:

---

COURT ACTION: EO: The Original Trial Exhibits (Government) were returned on May 12, 2010 to Shelli Mizukami-Legal Secretary to Lou Bracco, AUSA.

Submitted by Leslie L. Sai, Courtroom

Shelli Mizukami- *[signature]*                Dated: May 12, 2010